UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID LARUE MCCUTCHEN and JOAN MCCUTCHEN, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No.: 17-cv-00256-JHP-mjx ) (*formerly Creek County District Court* |
| CSAA FIRE & CASUALTY INSURANCE COMPANY, d/b/a AAA INSURANCE, | ) *Case No.*: *CJ-2016-332*) ) ) |
| Defendants. | ) |

**STATUS REPORT ON REMOVED ACTION**

**I.**     **State Court Information:**

Court: Creek County District Court, Case Number CJ-2016-332

**II.**     **Style of the Case:**

| | **Party** | **Party Type** | **Attorney** |
|---|---|---|---|
| 1. | David Larue McCutchen | Plaintiff | Ronald E. Durbin, II, OBA No. 22550<br>John E. Rooney, Jr., OBA No. 7745<br>DURBIN LAW FIRM, PLLC<br>1502 South Denver Avenue<br>Tulsa, Oklahoma 74119 |
| 2. | Joan McCutchen | Plaintiff | Ronald E. Durbin, II, OBA No. 22550<br>John E. Rooney, Jr., OBA No. 7745<br>DURBIN LAW FIRM, PLLC<br>1502 South Denver Avenue<br>Tulsa, Oklahoma 74119 |
| 3. | CSAA Fire & Casualty Insurance Company, d/b/a AAA Insurance | Defendant | Gerard F. Pignato, OBA No. 11473<br>Erin J. Rooney, OBA No. 31207<br>PIGNATO, COOPER, KOLKER & ROBERSON, P.C.<br>Robinson Renaissance Building<br>119 North Robinson, 11th Floor<br>Oklahoma City, Oklahoma 73102 |

**III.      Jury Demand:**

Yes; by Plaintiffs.

**V.       Complaints, Counter-Claims, Cross-Claims, Third-Party Complaints, Intervenor Complaints:**

Plaintiffs filed a Petition on the 7th day of December, 2016, in the District Court of Creek County, Case No. CJ-2016-332, against Defendant, CSAA Fire & Casualty Insurance Company, d/b/a AAA Insurance. Plaintiffs assert causes of action for breach of contract and bad faith.

| **Complaint-Type Document** | **Filed By** | **Against** | **Date Filed** |
|---|---|---|---|
| Petition | Plaintiffs | CSAA Fire & Casualty Insurance Company, d/b/a AAA Insurance | December 7, 2016 |

**V.       Unserved Parties:**

None.

**VI.     Answer**

CSAA Fire & Casualty Insurance Company was served, through the Oklahoma Insurance Commissioner, with the present lawsuit on or about April 25, 2017. CSAA Fire & Casualty Insurance Company removed this action before its deadline to respond to Plaintiffs' Petition under Oklahoma law. CSAA Fire & Casualty Insurance Company will file an Answer or other responsive pleading within the time allowed by FED. R. CIV. P. 81.

**VII.    Nonsuited, Dismissed or Terminated Parties:**

None.

**VIII.  Remaining Claims of the Parties:**

The only pending pleading is Plaintiffs' Petition asserting causes of action for breach of contract and bad faith.

**IX.     Pending Motions:**

None.

Respectfully submitted,

s/ Erin J. Rooney
Gerard F. Pignato, OBA No. 11473
Erin J. Rooney, OBA No. 31207
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:    405-606-3333
Facsimile:    405-606-3334
**ATTORNEYS FOR DEFENDANT, CSAA FIRE & CASUALTY INSURANCE COMPANY, D/B/A AAA INSURANCE**

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Ronald E. Durbin, II, Esquire
John E. Rooney, Jr., Esquire

s/ Erin J. Rooney
For the Firm