UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID LARUE MCCUTCHEN and JOAN MCCUTCHEN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 17-cv-00256-JHP-JFJ ) |
| CSAA FIRE & CASUALTY INSURANCE COMPANY, d/b/a AAA INSURANCE, | ) ) ) |
| Defendants. | ) ) |

**CSAA FIRE & CASUALTY INSURANCE COMPANY'S FINAL EXHIBIT LIST**

Defendant, CSAA Fire & Casualty Insurance Company, pursuant to the court's Order of August 3, 2017, submits its Final List of Exhibits to be utilized at trial.

**EXHIBIT LIST**

| NO. | Description |
|---|---|
| 1. | Copy of the CSAA Insurance Policy issued to Plaintiff. |
| 2. | Relevant and non-privileged portions of the CSAA claim file. |
| 3. | AAA Loss Report. |
| 4. | AAA Estimates. |
| 5. | Photo Sheets. |
| 6. | Copies of checks paid to Plaintiff. |
| 7. | Correspondence from CSAA to Plaintiff and/or Plaintiff's counsel. |
| 8. | Correspondence from Plaintiff and/or Plaintiff's counsel to CSAA and its representatives. |
| 9. | Photographs of property. |
| 10. | Oklahoma Disaster Restoration Estimates. |
| 11. | AAA Price List variation usage reports. |

| NO. | Description |
|---|---|
| 12. | Itemization of payments made to Plaintiff. |
| 13. | File created by Pheneas Yoder. |
| 14. | Arvest Bank transactions. |
| 15. | The deposition of the Plaintiff, David LaRue McCutcheon is scheduled on February 28, 2018. CSAA reserves the right to identify additional exhibits following the conclusion of his deposition. |
| 16. | All exhibits listed by Plaintiff unless objected to by this Defendant. |

Respectfully submitted,

s/ Gerard F. Pignato
Gerard F. Pignato, OBA No. 11473
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:    405-606-3333
Facsimile:     405-606-3334
Email:   jerry@pclaw.org
**ATTORNEYS FOR DEFENDANT, CSAA FIRE & CASUALTY INSURANCE COMPANY, D/B/A AAA INSURANCE**

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Ronald E. Durbin, II, Esquire
John E. Rooney, Jr., Esquire

s/ Gerard F. Pignato
For the Firm