UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID LARUE MCCUTCHEN and JOAN MCCUTCHEN, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No.: 17-cv-00256-JHP-JFJ ) |
| CSAA FIRE & CASUALTY INSURANCE COMPANY, d/b/a AAA INSURANCE, | ) ) ) |
| Defendants. | ) ) |

**CSAA FIRE & CASUALTY INSURANCE COMPANY'S FINAL WITNESS LIST**

Defendant, CSAA Fire & Casualty Insurance Company, pursuant to the court's Order of August 3, 2017, submits its Final List of Witnesses to be utilized at trial.

**WITNESS LIST**

| NO. | Name & Address | Proposed Testimony |
|---|---|---|
| 1. | David Larue McCutchen c/o Ronald E. Durbin, II, Esquire Durbin Law Firm, PLLC 1502 South Denver Avenue Tulsa, Oklahoma 74119 | To Be Deposed; all relevant issues. |
| 2. | Pheneas Yoder Brown Catastrophe Management Group | Investigation of Plaintiff's claim; communications with Plaintiff, recommendations. |
| 3. | Ronald Durbin, Attorney Durbin Law Firm, PLLC 1502 South Denver Avenue Tulsa, Oklahoma 74119 | Communications with CSAA and its representatives presuit regarding the subject claim. |
| 4. | Michael Petty Compass Adjusting Services | Investigation of Plaintiff's claim; communications with Plaintiff, recommendations. |

| NO. | Name & Address | Proposed Testimony |
|---|---|---|
| 5. | Rony Medrano<br>CSAA<br>c/o Gerard F. Pignato, Esquire<br>PIGNATO, COOPER, KOLKER<br>    & ROBERSON, P.C.<br>Robinson Renaissance Building<br>119 North Robinson Avenue, 11th Floor<br>Oklahoma City, Oklahoma 73102 | Handling of Plaintiff's claim; evaluation and company position; payments made. |
| 6. | Zach Gordon<br>CSAA<br>c/o Gerard F. Pignato, Esquire<br>PIGNATO, COOPER, KOLKER<br>    & ROBERSON, P.C.<br>Robinson Renaissance Building<br>119 North Robinson Avenue, 11th Floor<br>Oklahoma City, Oklahoma 73102 | Handling of Plaintiff's claim; evaluation and company position; payments made. |
| 7. | Clorice Wesley<br>CSAA<br>c/o Gerard F. Pignato, Esquire<br>PIGNATO, COOPER, KOLKER<br>    & ROBERSON, P.C.<br>Robinson Renaissance Building<br>119 North Robinson Avenue, 11th Floor<br>Oklahoma City, Oklahoma 73102 | Handling of Plaintiff's claim; evaluation and company position; payments made. |
| 8. | Pamela Brown<br>CSAA<br>c/o Gerard F. Pignato, Esquire<br>PIGNATO, COOPER, KOLKER<br>    & ROBERSON, P.C.<br>Robinson Renaissance Building<br>119 North Robinson Avenue, 11th Floor<br>Oklahoma City, Oklahoma 73102 | Handling of Plaintiff's claim; evaluation and company position; payments made. |
| 9. | Representatives of Oklahoma Disaster Relief (ODR) | Inspection, estimates. |

| NO. | Name & Address | Proposed Testimony |
|---|---|---|
| 10. | The Deposition of the Plaintiff, David Larue McCutchen, is set on February 28, 2018. CSAA reserves the right to list additional witnesses following his deposition if the identity of additional witnesses are disclosed at that time. | |
| 11. | All witnesses listed by Plaintiff unless objected to by this Defendant. | |

Respectfully submitted,

s/ Gerard F. Pignato
Gerard F. Pignato, OBA No. 11473
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:   405-606-3333
Facsimile:    405-606-3334
Email:   jerry@pclaw.org
**ATTORNEYS FOR DEFENDANT, CSAA FIRE & CASUALTY INSURANCE COMPANY, D/B/A AAA INSURANCE**

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Ronald E. Durbin, II, Esquire
John E. Rooney, Jr., Esquire

s/ Gerard F. Pignato
For the Firm