# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

David Larue McCutchen,

                Plaintiff(s),

vs.                                            Case Number: 17-CV-256-JHP-JFJ

CSAA Fire & Casualty Insurance,

                Defendant(s).

### ADMINISTRATIVE CLOSING ORDER

The Court has been advised by counsel that this action has been settled, or is the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ADDITIONAL ORDERED** that the action as to all claims is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2) subject to the conditions set forth herein. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary. **This Administrative Closing Order shall mature into a final judgment pursuant to Fed. R. Civ. P. 54 and Fed. R. Civ. P. 58, if the parties fail to submit final closing papers within fifteen (15) days from the date of this order.**

Dated this April 4th, 2018

                                            James H. Payne
                                            United States District Judge
                                            Northern District of Oklahoma